| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | MILES EHRLICH (BAR NO. 237954)<br>miles@ramsey-ehrlich.com<br>ISMAIL RAMSEY (BAR NO. 189820)<br>izzy@ramsey-ehrlich.com<br>RAMSEY & EHRLICH LLP<br>803 Hearst Avenue<br>Berkeley, CA 94710<br>(510) 548-3600 (Tel)<br>(510) 291-3060 (Fax) |
| 7 | *Attorneys for Defendant Nancy R. Heinen* |
| 8<br>9<br>10 | **FOLEY & LARDNER LLP**<br>ONE MARITIME PLAZA, SIXTH FLOOR<br>SAN FRANCISCO, CA 94111<br>TELEPHONE: 415.434.4484<br>FACSIMILE: 415.434.4507 |
| 11<br>12 | THOMAS F. CARLUCCI, BAR NO. 135767<br>tcarlucci@foley.com<br>ERIN J. HOLLAND, BAR NO. 233305<br>eholland@foley.com |
| 13<br>14<br>15 | **FOLEY & LARDNER LLP**<br>555 SOUTH FLOWER STREET, SUITE 3500<br>LOS ANGELES, CA 90071<br>TELEPHONE: 213.972.4500<br>FACSIMILE: 213.486.0065 |
| 16 | PAMELA L. JOHNSTON, BAR NO. 132558<br>pjohnston@foley.com |
| 17 | |
| 18 | *Attorneys for Non-Party Wendy Howell* |

*E-FILED 11/15/2007*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>      vs.<br><br>NANCY R. HEINEN,<br><br>            Defendant. | Case No.: C-07-2214(JF)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING FILING DEADLINES AND HEARING DATE**<br><br>Magistrate Judge Howard R. Lloyd<br><br>Date:  December 11, 2007<br>Time:  10:00 a.m.<br>Dept:  Courtroom 2, 5th Floor |

1  Defendant Nancy Heinen ("Heinen") and Non-Party Wendy Howell ("Howell"), through
2  their respective counsel of record, hereby submit this stipulation to continue the hearing on
3  Howell's motion to quash from December 11, 2007 to December 18, 2007 at 10:00 a.m.

4  **THEREFORE, IT IS HEREBY STIPULATED** that, due to the need for additional time,
5  by and between Non-Party Howell and Defendant Heinen, by and through their respective counsel
6  of record:

7  1. Defendant Heinen's opposition to Non-Party Howell's motion to quash may be
8  filed and served via ECF on November 27, 2007, rather than on November 16, 2007;

9  2. Non-Party Howell's reply to Defendant Heinen's opposition may be filed and
10 served via ECF on December 4, 2007, rather than on November 21, 2007.

11 3. The hearing set for December 11, 2007, at 10:00 a.m., be continued to December
12 18, 2007, at 10:00 a.m., or such other date and time as the Court may set.

14 DATED: November 13, 2007     RAMSEY & EHRLICH LLP

16         By:  /s/ Miles Ehrlich
               Miles Ehrlich
17             Ismail Ramsey

18             Attorneys for Defendant Nancy Heinen

20 DATED: November 13, 2007     FOLEY & LARDNER LLP

22         By:  /s/ Pamela L. Johnston
               Pamela L. Johnston
23             Foley & Lardner, LLP

24             Attorneys for Non-Party Wendy Howell

Case No. C-07-2214 (JF)
STIPULATION AND PROPOSED ORDER

SFCA_882947.1

**ORDER**

Pursuant to the foregoing STIPULATION of the parties:

1. Defendant Heinen's opposition to Non-Party Howell's motion to quash ~~may~~ **shall** be filed and served via ECF ~~on~~ **no later than** November 27, 2007.

2. Non-Party Howell's reply to Defendant Heinen's opposition ~~may~~ **shall** be filed and served via ECF ~~on~~ **no later than** December 4, 2007.

3. The hearing on this matter is set for December 18, 2007, at 10:00 a.m.

DATED: November 15, 2007        By: _____
                                Hon. Howard R. Lloyd
                                Magistrate Judge, United States District Court

SFCA_882947.1

Case No. C-07-2214 (JF)
STIPULATION AND ~~PROPOSED~~ ORDER