| | |
|---|---|
| 1 | MILES EHRLICH (BAR NO. 237954) |
|   | miles@ramsey-ehrlich.com |
| 2 | ISMAIL RAMSEY (BAR NO. 189820) |
|   | izzy@ramsey-ehrlich.com |
| 3 | RAMSEY & EHRLICH LLP |
| 4 | 803 Hearst Avenue |
|   | Berkeley, CA 94710 |
| 5 | (510) 548-3600 (Tel) |
|   | (510) 291-3060 (Fax) |
| 6 | |
| 7 | *Attorneys for Defendant Nancy R. Heinen* |

*ORDER E-FILED 11/26/2007*

**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

THOMAS F. CARLUCCI, BAR NO. 135767
tcarlucci@foley.com
ERIN J. HOLLAND, BAR NO. 233305
eholland@foley.com

**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

PAMELA L. JOHNSTON, BAR NO. 132558
pjohnston@foley.com

*Attorneys for Non-Party Wendy Howell*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: C-07-2214 (JF) |
| Plaintiff, | JOINT STIPULATION AND [~~XXXXXXXX~~ PROPOSED] ORDER CONTINUING FILING DEADLINES AND HEARING DATE |
| vs. | Magistrate Judge Howard R. Lloyd |
| NANCY R. HEINEN, | Date: December 18, 2007 |
| Defendant. | Time: 10:00 a.m. |
| | Dept: Courtroom 2, 5th Floor |

Case No. C-07-2214 (JF)
STIPULATION AND [~~XXXXXXXX~~ PROPOSED] ORDER

SFCA_882947.1

Defendant Nancy Heinen ("Heinen") and Non-Party Wendy Howell ("Howell"), through their respective counsel of record, hereby submit this stipulation to continue the hearing on Howell's motion to quash from December 18, 2007 to January 15, 2008 at 10:00 a.m.

**THEREFORE, IT IS HEREBY STIPULATED** that, due to the need for additional time, by and between Non-Party Howell and Defendant Heinen, by and through their respective counsel of record:

1. Defendant Heinen's opposition to Non-Party Howell's motion to quash shall be filed and served via ECF no later than December 10, 2007 rather than on November 27, 2007;

2. Non-Party Howell's reply to Defendant Heinen's opposition shall be filed and served via ECF no later than December 21, 2007, rather than on December 4, 2007.

3. The hearing set for December 18, 2007, at 10:00 a.m., be continued to January 15, 2008, at 10:00 a.m., or such other date and time as the Court may set.

DATED: November 20, 2007         RAMSEY & EHRLICH LLP

                                 By: /s/ Ismail Ramsey
                                     Miles Ehrlich
                                     Ismail Ramsey

                                 Attorneys for Defendant Nancy Heinen

DATED: November 20, 2007         FOLEY & LARDNER LLP

                                 By: /s/ Pamela L. Johnston
                                     Pamela L. Johnston
                                     Foley & Lardner, LLP

                                 Attorneys for Non-Party Wendy Howell

Case No. C-07-2214 (JF)
STIPULATION AND [PROPOSED] ORDER

SFCA_882947.1

**ORDER**

Pursuant to the foregoing STIPULATION of the parties:

1. Defendant Heinen's opposition to Non-Party Howell's motion to quash shall be filed and served via ECF no later than December 10, 2007.

2. Non-Party Howell's reply to Defendant Heinen's opposition shall be filed and served via ECF no later than December 21, 2007.

3. The hearing on this matter is set for January 15, 2008, at 10:00 a.m.

DATED: November 26, 2007     By: _____
Hon. Howard R. Lloyd
Magistrate Judge, United States District Court