1

**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
2
SAN FRANCISCO, CA 94111
TELEPHONE: 415.434.4484
3
FACSIMILE: 415.434.4507

4
THOMAS F. CARLUCCI, BAR NO. 135767
tcarlucci@foley.com
5
ERIN J. HOLLAND, BAR NO. 233305
eholland@foley.com

6
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
7
LOS ANGELES, CA 90071
TELEPHONE: 213.972.4500                    ***ORDER E-FILED 12/12/07***
8
FACSIMILE: 213.486.0065

9
PAMELA L. JOHNSTON, BAR NO. 132558
pjohnston@foley.com

10
*Attorneys for Non-Party Wendy Howell*

11
MILES EHRLICH (BAR NO. 237954)
12
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (BAR NO. 189820)
13
izzy@ramsey-ehrlich.com
**RAMSEY & EHRLICH LLP**
14
803 Hearst Avenue
Berkeley, CA 94710
15
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)
16

17
*Attorneys for Defendant Nancy R. Heinen*

18
                  **UNITED STATES DISTRICT COURT**
19
               **NORTHERN DISTRICT OF CALIFORNIA**
20
                       **SAN JOSE DIVISION**
21

22
SECURITIES AND EXCHANGE            Case No.: C-07-2214(JF)
COMMISSION,
23
                                   **JOINT STIPULATION REGARDING**
            Plaintiff,             **NON-PARTY WENDY HOWELL'S**
24
                                   **MOTION TO QUASH;** ~~**[PROPOSED]**~~
      vs.                          **ORDER**
25
NANCY R. HEINEN,                   Magistrate Judge Howard R. Lloyd
26
            Defendant.             Date:   January 15, 2008
27                                 Time:   10:00 a.m.
                                   Dept:   Courtroom 2, 5th Floor
28

1  Defendant Nancy Heinen ("Heinen") and Non-Party Wendy Howell ("Howell"), by and
2  through their respective counsel of record, **HEREBY STIPULATE AND AGREE** that:

3      1.      Ms. Howell's motion to quash is currently scheduled to be heard on January 15,
4  2008 at 10:00 a.m. in front of Hon. Howard R. Lloyd.

5      2.      Defendant Heinen hereby withdraws all subpoenas issued to Bank of Alameda,
6  Bank of the West, Washington Mutual, Wells Fargo & Co., Western Sunrise Mortgage, California
7  State University, Stanford University, and Non-Party Howell's former employer for records
8  concerning Non-Party Howell.

9      3.      Non-Party Howell hereby withdraws her motion to quash, filed with this Court on
10 November 2, 2007, subject to Ms. Howell's right to re-file or re-notice her motion to quash if Ms.
11 Heinen subpoenas or re-subpoenas any entities regarding Ms. Howell.

12     4.      The hearing set for January 15, 2008, at 10:00 a.m., be removed from the Court's
13 calendar.

14     5.      Non-Party Howell hereby agrees to produce redacted documents from California
15 State University, Stanford University and Ms. Howell's former employer, as agreed to by counsel.

16     6.      By December 14, 2007, Defendant Heinen and her counsel agree to return to Ms.
17 Howell's counsel the originals and all copies thereof of all documents provided by subpoenaed
18 parties in advance of the subpoena date as discussed between the parties (*e.g.*, the bank records
19 currently being held by Mr. Ehrlich).

20

21 DATED: December 10, 2007          FOLEY & LARDNER LLP
22

23                                  By:  /s/ Pamela L. Johnston
                                         Pamela L. Johnston
24                                       Foley & Lardner, LLP
                                         Attorneys for Non-Party Wendy Howell
25

26

27

28
                                        1

SFCA_889105.2

1

2  DATED: December 10, 2007          RAMSEY & EHRLICH LLP

3

4                                    By:  /s/ Miles Ehrlich

5                                         Miles Ehrlich
                                          Ismail Ramsey
6                                         Attorneys for Defendant Nancy Heinen

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the foregoing STIPULATION of the parties:

1.      Ms. Howell's motion to quash is currently scheduled to be heard on January 15, 2008 at 10:00 a.m. in front of Hon. Howard R. Lloyd.

2.      Defendant Heinen hereby withdraws all subpoenas issued to Bank of Alameda, Bank of the West, Washington Mutual, Wells Fargo & Co., Western Sunrise Mortgage, California State University, Stanford University, and Non-Party Howell's former employer for records concerning Non-Party Howell.

3.      Non-Party Howell hereby withdraws her motion to quash, filed with this Court on November 2, 2007, subject to Ms. Howell's right to re-file or re-notice her motion to quash if Ms. Heinen subpoenas or re-subpoenas any entities regarding Ms. Howell.

4.      The hearing set for January 15, 2008, at 10:00 a.m., be removed from the Court's calendar.

5.      Non-Party Howell will produce redacted documents from California State University, Stanford University and Ms. Howell's former employer, as agreed to by counsel.

6.      By December 14, 2007, Defendant Heinen and her counsel will return to Ms. Howell's counsel the originals and all copies thereof of all documents provided by subpoenaed parties in advance of the subpoena date as discussed between the parties (*e.g.*, the bank records currently being held by Mr. Ehrlich).

DATED: December **12**, 2007        By: _____

Hon. Howard R. Lloyd
Magistrate Judge, United States District Court

3

SFCA_889105.2