```
1  MARC J. FAGEL (Cal. Bar No. 154425)
   ROBERT L. MITCHELL (Cal. Bar No. 161354)
2    mitchellr@sec.gov
   MARK P. FICKES (Cal Bar No. 178570)
3    fickesm@sec.gov

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, Suite 2600
   San Francisco, California  94104
6  Telephone:  (415) 705-2500
   Facsimile:  (415) 705-2501
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | Case No. C-07-2214 JF |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] SCHEDULING ORDER** |
| NANCY R. HEINEN, | |
| Defendant. | |

WHEREAS, the parties to this action attended a case management conference on March 14, 2008;

WHEREAS, the Court set a pretrial conference date of March 20, 2009, and trial date of April 3, 2009 at the case management conference; and

WHEREAS, the Court asked the parties to meet and confer and submit a stipulated scheduling order;

///

///

1  The parties stipulate and agree to, and ask the Court to adopt as its scheduling order the
2  following:
3      1.  The last day to serve requests for written discovery is Wednesday, August 27, 2008.
4      2.  The last day to conduct non-expert discovery is Friday, September 26, 2008.
5      3.  Expert Witnesses and Reports will be disclosed on Friday, October 3, 2008.
6      4.  Rebuttal Expert Reports, if any, will be disclosed on Monday, November 3, 2008.
7      5.  The last day to conduct discovery related to expert witnesses and their reports will be
8  Friday, December 5, 2008.
9      6.  The last day to file dispositive motions is Friday, January 23, 2009.
10  As previously ordered by the Court, the pretrial conference will be at 11:00 a.m. on Friday,
11  March 20, 2009, and the trial of this matter will commence on Friday, April 3, 2009, at 1:30 p.m.

Respectfully submitted,

Dated:  March 26, 2008

/s/ Mark P. Fickes
Marc J. Fagel
Robert L. Mitchell
Mark P. Fickes
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

Dated:  March 26, 2008

/s/ Miles Ehrlich
Miles Ehrlich
Ismael Ramsey
Felicia Gross
Ramsey & Ehrlich LLP
Attorneys for Defendant
NANCY R. HEINEN

///
///

1 **ORDER**

2  The Court, having considered the stipulation of the parties, as set forth above, adopts the

3  stipulation as its Scheduling Order.

4  IT IS SO ORDERED

5

6  DATED: __3/27_____, 2008

7

8  _____
   The Honorable Jeremy Fogel
9  United States Magistrate Judge
   District

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28